■ In the Matter of DAVID WIGGINS, Appellant, v NASSAU COUNTY CIVIL SERVICE COMMISSION, Respondent.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, O'Shaughnessy, J. (Appeal from Judgment of Supreme Court, Nassau County, O'Shaughnessy, J.—Article 78.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ BRIDGET McGLONE, Appellant, v PALISADES INTERSTATE PARK COMMISSION, Respondent.—Order unanimously affirmed without costs. Memorandum: The Court of Claims properly denied claimant's application to file a late notice of claim. The claim lacked merit and claimant failed to provide a reasonable excuse for the delay in filing the claim. (Appeal from Order of Court of Claims, Lengyel, J.—Notice of Claim.) Present—Doerr, J. P., Boomer, Pine, Lawton and Lowery, JJ.

■ HH PRODUCTS & FINISHING CORP., Appellant, v MARVIN GETLAN, Doing Business as MARVIN STREET HOLDING CO., Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, O'Shaughnessy, J. (Appeal from Order of Supreme Court, Nassau County, O'Shaughnessy, J.—Amended Complaint.) Present—Doerr, J. P., Boomer, Pine, Lawton and Lowery, JJ.